**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**REGINA J. ADAMS,**

        **Plaintiff(s),**         **CASE NUMBER: 06-12338
HONORABLE VICTORIA A. ROBERTS**

**v.**

**JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant(s).**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On May 31, 2007, Magistrate Judge Steven D. Pepe submitted a Report and Recommendation **[Doc. 13]** recommending that the Court grant Defendant's Motion for Summary Judgment **[11]** and deny Plaintiff's Motion for Summary Judgment **[8]**. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, GRANTS Defendant's Motion for Summary Judgment and DENIES Plaintiff's Motion for Summary Judgment.

        **IT IS SO ORDERED.**

                              S/Victoria A. Roberts_____
                              Victoria A. Roberts
                              United States District Judge

Dated: July 13, 2007

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 13, 2007.

s/Carol A. Pinegar
Deputy Clerk